APPEAL NO. 04-14-00922-CV
TRIAL NO. 2010-CI-12625

JOHN E. RODARTE SR.,
APPELLANT IN PROPIA PERSONA

Vs.

TEXAS DEPARTMENT OF FAMILY
AND PROTECTIVE SERVICES.
TEXAS DEPARTMENT OF FAMILY
REGULATORY AND PROTECTIVE SERVICES,
CHILD PROTECTIVE SERVICES, ET AL

IN THE FOURTH
COURT OF APPEALS

AT SAN ANTONIO, TEXAS

BEXAR COUNTY, TEXAS

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS
2015 SEP -8 PM 1:12
KEITH E. HOTTLE, CLERK

NOTICE OF COMPLAINT, AND REQUEST FOR
FORMAL ACTION AGAINST APPELLEES' SUBMISSION
FOR FILING OUT OF TIME BRIEF, DUE JULY 16, 2015

TO THE HONORABLE JUSTICES:

NOW COMES JOHN E. RODARTE SR, APPELLANT, IN PROPIA
PERSONA, ON THIS DATE OF SEPTEMBER 02, 2015 FOR
THE ABOVE STYLED AND NUMBERED CAUSE OF ACTION, ASKS
FOR LEAVE OF COURT, TO PRESENT THE FOLLOWING:

1. ON SEPTEMBER 01, 2015 APPELLANT RODARTE SR., DID
RECEIVE CORRESPONDENCE FROM THIS COURT, THAT
ON AUGUST 24, 2015 RECEIVED APPELLANT'S OBJECTION
AND PROTEST, OF APPELLEES' LATE FILING OF THEIR
BRIEF, DUE ON JULY 16, 2015 FILED JULY 17, 2015
APPELLANT, ALSO RECEIVED APPELLEES' MOTION FOR
FILING AN OUT OF TIME APPEAL, DATED AUGUST
27, 2015. FOURTH COURT OF APPEALS CLERK MR. HOTTLE,
RECEIVED AND FILED APPELLEES' MOTION FOR OUT OF
TIME BRIEF ON AUGUST 27, 2015.

2. IT WOULD APPEAR, THAT APPELLEES WERE NOT AWARE
OF THIS ISSUE, UNTIL THE APPELLEES WERE MADE
AWARE OF THEIR ERROR, BY APPELLANT, BY HIS
FILING OF OBJECTION AND PROTEST TO SAID LATE
FILING ERROR.

3. NOW, APPELLEES, THROUGH THEIR COUNSEL, MR.
JASON T. CONTRERAS, ASSISTANT ATTORNEY GENERAL OF
TEXAS, APPEARS TO LESSEN THE ERROR, BY STATING
IN THE OUT OF TIME TO FILE BRIEF, " JUST ONE
DAY ", THEN INCORRECTLY STATES A JULY 16, 2016
DATE, WHICH HAS YET TO HAPPEN, WAS NOT THE
DATE THAT THE HONORABLE JUSTICE OF THIS COURT
ISSUED.

1.

3. (CONT.), APPELLEES STATE, THAT SUCH ALLOWANCE OF A LATE FILING "WILL NOT PREJUDICE APPELLANT" AND THAT "APPELLANT'S UNTIMELINESS OF HIS OBJECTION AND PROTEST TO APPELLEES' LATE BRIEF, SHOULD BE OVERRULED AND THE APPELLEES' MOTION SHOULD BE GRANTED.

4. THEREFORE, COMES APPELLANT'S COMPLAINT, AND SEEKS FURTHER INTERVENTION BY THIS HONORABLE COURT. IN THE FORM OF PROPER LEGAL ACTION/ FORMAL ACTION.

5. IT WOULD FIRST APPEAR, THAT THE APPELLEES, ARE SPEAKING FOR APPELLANT RODARTE SR., BY SAING THAT SAID LATE FILING, WILL NOT PREJUDICE APPELLANT, AND THAT APPELLANT'S OBJECTION AND PROTEST, IS UNTIMELY. THIS IS SIMPLY NOT TRUE AS CLAIMED BY APPELLEES, FIRST, SUCH CLAIM OF NON-PREJUDICE WOULD ONLY SERVE TO PREJUDICE APPELLANT, BECAUSE IT WOULD SHOW THAT, BY LAW NO BRIEF WAS FILED BY APPELLEES, THUS NO OPPOSITION TO APPELLANT'S CLAIMS, WOULD AFFECT A POSSIBLE FAVORABLE DECISION BY THE JUSTICES OF THIS COURT FOR APPELLANT. SUCH A CLAIM BY APPELLEES, THAT THEIR ALLOWANCE TO FILE LATE, WOULD PREJUDICE APPELLANT'S SUB-STANTIAL RIGHTS.
APPELLEES' CLAIM, THAT APPELLANT'S OBJECTION AND PROTEST, AS UNTIMELY, IS ALSO INCORRECT, IN THAT, THE PROOF IS IN "THE PLEADING" AMONG OTHER THINGS, SHOWS THAT SAID OFFICE OF THE TEXAS ATTORNEY GENERAL, WITHOUT A PLAUSIBLE EXCUSE, AS A DEATH IN THE FAMILY, OR ACT OF GOD, OR AFFIDAVIT FROM THIS COURT'S CLERK, THAT WOULD EXPLAIN UNAVAILABILITY OF THE CLERK'S OFFICE ON JULY 16, 2015, WOULD SHOW THAT, APPELLEES, WITH ALL OF THEIR RESOURCES AT THEIR DISPOSAL, ARE IN DEFAULT.

6. THEREFORE, APPELLEES, ARE AMONG OTHER THINGS, ASKING THIS COURT FOR FAVORTISM, EVEN WHEN THE APPELLEES ARE IN CONTRADICTION THEMSELVES, THUS APPELLANT RODARTE SR., MUST COMPLAIN IN SAID FASHION, AND FEELS THAT FORMAL ACTION IS DEEMED NECESSARY, ESPECIALLY DUE TO THE FACTS OF THE CLAIMS BEING RAISED BY APPELLANT FOR THIS APPEAL IN THE FIRST PLACE AND APPELLEES' ONLY CONCERN IS TO AVOID LIABILITY AND RESPONSIBILITY TO THE CHILDREN JOHN JR AND HAWKE RODARTE, AND APPELLANT RODARTE SR.

RESPECTFULLY SUBMITTED

2.

PRAYER

Appellant Rodarte Sr. prays to God in the highest, that the honorable court grant the relief sought, as it is plead to.

Respectfully Done

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this foregoing document, has been sent by first class mail to, Jason T. Contreras, Assistant Attorney General of Texas, P.O. Box 12548 Austin, Texas 78711-2548

Executed on this September 02, 2015

Respectfully Done

J.R./J.R
09/02/2015

JOHN E. RODARTE SR.
1263270
CLEMENTS UNIT
9601 SPUR 591
Amarillo, Texas 79107-9606

LEGAL MAIL
LEGAL MAIL

AMARILLO TX 791

03 SEP 2015 PM 1 T

FOREVER

FOURTH COURT OF APPEALS
OFFICE OF THE CLERK, KEITH HOTTLE
300 Dolorosa ST. Suite 3200
SAN ANTONIO, TEXAS 78205-3037

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO
2015 SEP -8 PM 1:12
Keith E. Hottle
KEITH E. HOTTLE, CLERK

78205$3037